IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE DOZIER, JR.                                                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:05cv258-HTW-JCS

CLINT KINDER, et al.                                                                   DEFENDANTS

## ORDER OF DISMISSAL

On November 21, 2006, this court entered a show cause order requiring a response from Plaintiff by December 8, 2006. Plaintiff has failed to respond to the show cause order. Accordingly, this action is hereby dismissed for failure to prosecute.

SO ORDERED AND ADJUDGED, this the 18th day of December, 2006.

                                          s/ HENRY T. WINGATE
                                          CHIEF UNITED STATES DISTRICT JUDGE